41,864-02

Dave D. Greer #1829754
Wayne Scott Unit
6999 Retrieve Rd
Angleton, Texas 77515

October 22, 2015

Court of Criminal Appeals
Abel Acosta, Clerk
Supreme Court Bldg,
201 W. 14th St Rm 106
Austin, Texas 78711

MOTION DENIED
DATE: 10-28-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 27 2015
Abel Acosta, Clerk

Re: EX PARTE DAVE D. GREER WRIT NO. 12-03324-CRF-272-A.

Dear Mr. Acosta;
   Please find enclosed Applicant's request and setting a hearing date, for Applicant's Motion To Recuse And Disqualify The Honorable Judge Travis Bryan III From Any And All Proceedings Dealing With Applicant's Habeas Corpus. As indicated below a copy of this motion has been sent to all parties. Please file this cause. I want to thank you in advance for your time and kind attention in this most urgent matter.

Respectfully requested,

Dave D. Greer

CC: District Attorney
    Mr. Jarvis Parsons
    300 E. 26th Street, Suite 310
    Bryan, Texas 77803

    Brazos County District Clerk
    Marc Hamlin
    300 E. 26th Street, Suite 1200
    Bryan, Texas 77803

    The Honorable Judge Travis Bryan III
    300 E. 26th Street, Suite 204
    Bryan, Texas 77803

    The Second Administrative Judicial District
    Presiding Judge, Olen Underwood
    301 N. Thompson St. Ste. 102
    Conroe, Texas 77301

WRIT NO. 12-03324-CRF-272-A

EX PARTE                          §      IN THE CRIMINAL DISTRICT

                                  §      272nd JUDICIAL DISTRICT

DAVE D. GREER                     §      BRAZOS COUNTY, TEXAS


## APPLICANT'S REQUEST AND SETTING A HEARING DATE

IT IS ORDERED that a hearing on Applicant's Motion To Recuse And Disqualify The Honorable Judge Travis Bryan III from Any And All Proceedings Dealing With Applicant's Habeas Corpus, is hereby set for _____ AN/PM on the _____ day of _____, 201___, in the Courtroom of the _____ District Court, in Bryan, Texas.


SIGNED this the _____ day of _____, 201___.



_____
JUDGE PRESIDING